Case 07-72974   Doc 45   Filed 08/01/08   Entered 08/01/08 09:42:50   Desc Main
          Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DERRICK C. FIEGEL & BRANDY R. FIEGEL  Case Number: 07-72974
245 S. 6TH STREET    SSN-xxx-xx-6506 & xxx-xx-2112
CAPRON, IL  61012

Case filed on: 12/6/2007
Plan Confirmed on: 2/15/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,018.75    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 862.29 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 862.29 | 0.00 |
| 999 | DERRICK C. FIEGEL | 0.00 | 0.00 | 237.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 237.50 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 9,072.00 | 9,072.00 | 317.13 | 405.05 |
| 002 | CITIMORTGAGE INC | 7,136.16 | 5,000.00 | 0.00 | 0.00 |
| 030 | AMERICAN GENERAL FINANCE | 200.00 | 200.00 | 27.43 | 31.75 |
|  | Total Secured | 16,408.16 | 14,272.00 | 344.56 | 436.80 |
| 003 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE | 1,018.09 | 1,018.09 | 0.00 | 0.00 |
| 005 | AAMC INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARMOR SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 289.05 | 289.05 | 0.00 | 0.00 |
| 009 | AUTOMATED ACCOUNTS MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTEGRA MEMORIAL MEDICAL CENTER | 1,419.56 | 1,419.56 | 0.00 | 0.00 |
| 011 | COLLECTION ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARVARD COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HARVARD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HEIGHTS FINANCE | 1,862.00 | 1,862.00 | 0.00 | 0.00 |
| 018 | KEY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL SYSTEMS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PALISADES COLLECTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WORLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COMED CO | 1,011.18 | 1,011.18 | 0.00 | 0.00 |
| 030 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ASHLEY STENERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICOR GAS | 732.84 | 732.84 | 0.00 | 0.00 |
|  | Total Unsecured | 6,332.72 | 6,332.72 | 0.00 | 0.00 |
|  | Grand Total: | 25,740.88 | 23,604.72 | 1,444.35 | 436.80 |

Total Paid Claimant:     $1,881.15
Trustee Allowance:       $137.60    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan